## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: )
Leo Stoller ) Case No. 05 B 64075
       Debtor(s). )
)
_____ )

### FINAL PRETRIAL ORDER GOVERNING MOTION OF PURE FISHING, INC. TO CONVERT TO CHAPTER 7 AND FOR IMMEDIATE APPOINTMENT OF TRUSTEE

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before July 5, 2006, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." In addition, if the hard copies of a party's exhibits submitted to the Court exceed one single 3-inch ring binder, the party must also submit the exhibits to the Court on a CD-ROM, in pdf format, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit. Two copies of each CD-ROM must be submitted, and each shall be labeled with the name of the case and the party on whose behalf it is submitted. Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial. Exhibits that do not appear on a party's list of exhibits will not be received in evidence.

Trial is set for July 12, 2006 / July 13, 2006, at 1:00 p.m., Courtroom 642

Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

An attorney who is a member of the trial bar under the provisions of Rule 600(B) of the local Bankruptcy Rules of this Court shall participate in the trial.

ENTER:

*Susan Pierson Sonderby*
Judge

Dated: 5-10-06

## CERTIFICATE OF SERVICE

Case Number: 05-64075
Case Name: Leo Stoller debtor(s)

I, Karen Jacobs, Courtroom Deputy to the Honorable Susan Pierson Sonderby, do hereby certify that on May 10, 2006 I caused to be served via First Class Mail a true and correct copy of: Final pretrial order dated: 5/10/06
addressed to each of the following named individuals listed below:

Richard S. Lauter
Levenfeld Pearlstein LLC
Two North LaSalle St.
Suite 1300
Chicago, IL 60602

Melvin J. Kaplan
Bennett A. Kahn
Melvin J. Kaplan & Associates
14 E. Jackson Blvd.
Suite 1200
Chicago, IL 60606

Richard N. Golding
Weinberg Richmond LLP
333 W. Wacker Dr.
Suite 1800
Chicago, IL 60606

Lance G. Johnson
Roylance, Abrams, Berdo & Goodman, LLP
1300 19th St., NW
Suite 600
Washington, DC 20036

James Griffith
McDermott, Will & Emery
227 W. Monroe St.
Chicago, IL 60606-5096

Tom Vaughn, Trustee
ATTN: Mark Wheeler
200 S. Michigan Ave.
Suite 1300
Chicago, IL 60604

_____
Karen Jacobs
Courtroom Deputy