# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Susan Pierson Sonderby | Hearing Date | 7/6/06 |
| Bankruptcy Case No. | 05 B 64075 | Adversary No. | |
| Title of Case | Leo Stoller | | |

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS ORDERED that the trial dates set for July 12 and July 13, 2006 at 1:00 p.m. are stricken and reset for August 23 and August 24, 2006 at 1:00 p.m.

The final pretrial order entered on May 10, 2006 remains in fully force and in effect, except for the filling of the joint pretrial statement which will be due on August 16, 2006.

6/11/99