## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CENTRAL MFG. CO., *et al* ) | |
| ) | |
| Plaintiff/Counter ) | |
| Defendant, ) | Case No: 1:05-CV-00725 |
| ) | Honorable George E. Lindberg |
| v. ) | |
| ) | |
| PURE FISHING, INC., *et al* ) | |
| ) | |
| Defendant/Counter ) | |
| Plaintiff, ) | |

## AGREED FINAL ORDER

IT IS HEREBY ORDERED that judgment is entered in favor of Pure Fishing in the amount of **$969,751.81**, which includes an award of attorney fees and nontaxable costs of $759,303.20, taxable costs in the amount of $5529.71, and a current value of $204,918.90 for the $136,083.41 judgment in Counterclaim IV with post-judgment interest, according to 28 U.S.C. § 1961, from July 1998 to date at the rate of 5.25%.

_____
Lindberg, J.
U.S. District Court Judge