```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 64075
   LEO STOLLER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7972


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/20/2005 and was not confirmed.

    The case was converted to chapter 7 without confirmation 09/01/2006.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
BRETT BROTHERS INC         NOTICE ONLY    NOT FILED             .00            .00
COUNSEL PRESS              UNSECURED       11439.57             .00            .00
HI TEC SPORTS USA          NOTICE ONLY    NOT FILED             .00            .00
QUERREY & HARROW           UNSECURED       25382.40             .00            .00
NEWDEA INC                 NOTICE ONLY    NOT FILED             .00            .00
PURE FISHING               UNSECURED            .00             .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         400.00             .00            .00
BENJAMIN BERNEMAN & BROM   UNSECURED       20826.40             .00            .00
LANCE JOHNSON              UNSECURED        3275.00             .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        1296.04             .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY          317.91             .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         2070.02            .00            .00
WEINBERG RICHMOND LLP      ATTORNEY            .00              .00            .00
B-LINE                     UNSECURED         215.48             .00            .00
RICHARD M FOGEL            ADMINISTRATIV NOT FILED              .00            .00
MELVIN J KAPLAN            DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         --------------    --------------
TOTALS                         .00                .00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 64075 LEO STOLLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/08/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 64075 LEO STOLLER