**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Honorable JACK B. SCHMETTERER                                   Date: September 14, 2007

Bankruptcy Case No. <u>05 B 64075</u>                                   Adversary No. _____

Title of Case     <u>In re: Leo Stoller</u>

Brief Statement of Motion     <u>Order of Court correcting typographical error in Memorandum Opinion on Motion to Disqualify Judge entered August 15, 2007</u>

Names and Addresses of moving counsel

Representing

Names and Addresses of other counsel entitled to notice and names of parties they represent     See Attached Service Certificate

**ORDER**

Pursuant to Memorandum Opinion on Motion to Disqualify Judge entered August 15, 2007, this court makes the following correction to page 5 under the heading of "Disqualification under 28 U.S.C. § 45(b)(1)," paragraph 1, the last sentence starting with "Judicial remarks." The word "impartiality" should read as "partiality."

ENTER:

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.