**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **No. 05-64075** |
| | ) | **Chapter 7** |
| **Leo Stoller,** | ) | **Judge Jack B. Schmetterer** |
| | ) | |
| | ) | |
| **Debtor** | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant: Shaw Fishman Glantz & Towbin LLC

Authorized to Provide
Professional Services to: Richard M. Fogel, Trustee

Date of Order Authorizing Employment: October 5, 2006, effective as of September 19, 2006

Period for Which
Compensation is Sought: October 1, 2007 through November 30, 2014

Amount of Fees Sought: $ 68,079.00

Amount of Expense
Reimbursement Sought: $ 741.42

This is an: Interim Application__ Final Application XX

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Amount Disallowed |
|---|---|---|---|---|
| 11/20/07 | 09/16/06 - 09/30/07 | $85,136.00<br>$ 2,334.62 | $85,136.00<br>$ 2,334.62 | $0.00 |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $ 87,470.62

Dated: November 21, 2014

Shaw Fishman Glantz & Towbin LLC

By: /s/ Richard M. Fogel

(Local Bankruptcy Rules as adopted 24 June 1994: Page 106)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re** | **Chapter 7** |
| **LEO STOLLER,** | **Case No. 05-64075** |
| **Debtor.** | **Hon. Jack B. Schmetterer** |

**FINAL APPLICATION OF SHAW FISHMAN GLANTZ TOWBIN LLC AS COUNSEL TO RICHARD M. FOGEL, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Brian L. Shaw and the law firm of Shaw Fishman Glantz & Towbin LLC (collectively, "Shaw Fishman") apply to this Court pursuant to 11 U.S.C. § 330, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $68,079.00 in compensation for 198.20 hours of professional services rendered as counsel to Richard M. Fogel, not personally, but solely as chapter 7 trustee ("Trustee") for the bankruptcy estate of Leo Stoller ("Debtor") for the period beginning October 1, 2007 through and including November 30, 2014 ("Final Application Period"), and the reimbursement of $741.42 for actual costs incurred incident to those services. Shaw Fishman states as follows:

**BACKGROUND**

1. On December 20, 2005 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code. Upon motion of creditor Pure Fishing Inc., the Debtor's case was converted to a case under chapter 7 of the Bankruptcy Code on September 1,

2006. The Trustee was duly appointed on September 6, 2006 by the U.S. Trustee for Region 11 to administer the Debtor's bankruptcy estate.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**SERVICES RENDERED BY SHAW FISHMAN**

3. Shaw Fishman' retention as counsel for the Trustee was approved, effective September 19, 2006, by an order of this Court dated October 5, 2006 (Dkt. No. 160).[1]

4. On November 20, 2007, Shaw Fishman filed an application for interim compensation and reimbursement of expenses (Dkt. No. 625) for the period commencing September 19, 2006 through and including September 30, 2007 ("First Application Period").

5. On December 11, 2007, the Court entered an order (Dkt. No. 632) awarding Shaw Fishman the sum of $85,136.00 as interim compensation and $2,334.62 as reimbursement of expenses ("Interim Award").

6. In the First Application Period, Shaw Fishman performed the following legal services:

**Appeals**: Services pertaining to the Debtor's appeals of various orders, including, among other things: (a) drafting, filing, serving, and presenting various responses, motions, pleadings, and scheduling orders; (b) analyzing merits of the issue on appeal; and (c) general communications and correspondence with the Debtor, opposing counsel, and counsel for parties in interest, including the U.S. Trustee, concerning settlement parameters and other matters related to the litigation.

**Avoidance Actions:** Services pertaining to avoidance actions, including, among other things: (a) drafting, filing, serving, and presenting various motions, pleadings, suggestions of bankruptcy, and scheduling orders in pending litigation; (b) analyzing value of claims at issue in litigation; and (c) general communications and correspondence with opposing counsel concerning settlement parameters and other matters related to the litigation.

**Case Administration:** Services pertaining to general case administration, including, among other things: (a) participating in monthly status conferences, meetings, telephone conferences,

[1] At that time, the firm was known as Shaw Gussis Fishman Glantz Wolfson & Towbin LLC.

and other activities where multiple subject matters were discussed, analyzed, or otherwise acted upon; (b) providing status reports to the Debtor and creditor representatives concerning various matters in the case; (c) drafting, filing, serving, and presenting various motions, pleadings, and orders not covered by specific categories; and (d) reviewing and responding to third-party requests for information or documents related to matters outside of the scope of the Debtor's duties and responsibilities.

**Creditors and Claims:** Services pertaining to general creditor issues, including, among other things, communications and general correspondence with individual creditors and creditor representatives regarding the Debtor's case.

**Intellectual Property – General Investigation**: Services pertaining to general investigation of the Debtor's intellectual property, including, among other things: (a) investigation of value and extent of the Debtor's intellectual property and related claims and litigation; and (b) drafting, filing, serving, and presenting motions for Rule 2004 examinations.

**Intellectual Property - Sale**: Services pertaining to the disposition and sale of intellectual property, including, among other things: (a) drafting an asset purchase agreement and related documents; (b) telephone conferences and meetings with the Debtor, creditor representatives, valuation experts, and interested parties concerning the intellectual property; (c) drafting, filing, serving, and presenting various motions, pleadings, and orders concerning sale and bidding procedures and related matters; and (d) reviewing and responding to inquiries about the sale of the Debtor's intellectual property and other assets.

**Intellectual Property - Settlements:** Services pertaining to the settlement of prepetition litigation and claims related to the Debtor's intellectual property, including, among other things: (a) telephone conferences and meetings with the Debtor, opposing counsel, and interested parties concerning the intellectual property; (c) drafting, filing, serving, and presenting various motions, pleadings, and orders; and (d) drafting settlement agreements and releases.

7. During the Final Application Period, Shaw Fishman rendered in excess of 198 hours of legal and paraprofessional services to the Trustee having an aggregate value of $68,079.00 for an average hourly rate of approximately $344. All of the services for which compensation is requested were services that, in Shaw Fishman's billing judgment, were necessarily rendered, after due consideration of the expected costs and anticipated benefits of such services.

8. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Shaw Fishman's services during the Final Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Fishman has

classified its services into five separate categories of services. Detailed invoices for each time category are attached as separate appendices to this Application. The following is a general description of the tasks performed in each of Shaw Fishman's principal categories of activities:

**Appeals**: Services pertaining to the Debtor's continued appeals of substantially every order entered by the Court, including, among other things: (a) drafting, filing, serving, and presenting various responses, motions, pleadings, and scheduling orders; (b) analyzing merits of the issue on appeal; and (c) general communications and correspondence with the Debtor, opposing counsel, and counsel for parties in interest, including the U.S. Trustee, concerning matters related to the litigation. Shaw Fishman requests $38,183.50 for these services.

**Avoidance Actions:** Services pertaining to the avoidance action against Fioretti & Lower, including, among other things: (a) discovery matters; (b) analyzing value of claims at issue in litigation; and (c) general communications and correspondence with opposing counsel concerning settlement parameters and other matters related to the litigation. The litigation was settled for $30,000. Shaw Fishman requests $12,506.00 for these services.

**Case Administration:** Services pertaining to general case administration, including, among other things: (a) participating in status conferences, meetings, telephone conferences, and other activities where multiple subject matters were discussed, analyzed, or otherwise acted upon; (b) providing status reports to the Debtor and creditor representatives concerning various matters in the case; (c) drafting, filing, serving, and presenting various motions, pleadings, and orders not covered by specific categories; (d) reviewing and responding to third-party requests for information or documents related to matters outside of the scope of the Debtor's duties and responsibilities; and (e) assisting the U.S. Trustee with its objection to the Debtor's discharge. Shaw Fishman requests $8,691.50 for these services.

**Creditors and Claims:** Services pertaining to general creditor issues, including, among other things, communications and general correspondence with individual creditors and creditor representatives regarding the Debtor's case and objections to certain claims. Shaw Fishman requests $7,848.00 for these services.

**Fee Applications:** Services pertaining to preparation and presentation of applications for compensation. Shaw Fishman requests $850.00 for these services.

## Summary of Services Rendered By Professional

9. In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate[2] | Hours | Amount |
|---|---|---|---|---|
| Brian L. Shaw | Member | $400-475 | 70.0 | $30,564.00 |
| Richard A. Saldinger | Member | $400 | 10.0 | $4,000.00 |
| Janice A. Alwin | Associate | $260-315 | 101.4 | $28,569.50 |
| Patrick A. Clisham | Associate | $240-280 | 10.1 | $2,620.00 |
| Multiple Professionals[3] | | $180-450 | 6.5 | $2,325.50 |

10. In evaluating this Final Application, this Court should consider the value of the services rendered by Shaw Fishman on behalf of the Trustee. The nature and complexity of the issues presented, the skill required to perform the legal services properly, the customary fees charged by other professionals in these cases and in similar cases, the experience and ability of the attorneys involved, and the amount of awards of compensation in similar cases, whether viewed individually or collectively, support an award of the requested compensation in full.

11. The hourly rates charged by Shaw Fishman with respect to the Debtor's case compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman professionals providing services to the Trustee in connection with this case. Further, the amount of time spent by Shaw Fishman with respect to the Debtor's case is reasonable given the difficulty of the issues presented, the time contracts imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel, and the ultimate benefit to the estate.

[2] The billable rates for attorneys changed over the course of the Final Application Period..

[3] In the interest of economy, each attorney and professional whose cumulative billable time was less than ten (10) hours is grouped under the heading "Multiple Professionals."

12. Shaw Fishman has conscientiously attempted to avoid having multiple attorneys appear or convene on behalf of the Trustee. In certain circumstances, however, it was necessary for more than one Shaw Fishman attorney to appear in Court at the same time. This was primarily the case in connection with omnibus hearings at which a variety of matters were presented to the Court or when litigation counsel was required to appear along with bankruptcy counsel. When possible, Shaw Fishman would have one attorney handle multiple matters on the Court's calendar. Similarly, on certain occasions, Shaw Fishman had more than one attorney attend a meeting to strategize on issues that had particular import on multiple areas of the case. This generally occurred in connection with certain contested litigation matters, including the sale of the Debtor's intellectual property and the multiple appeals filed by the Debtor. To the greatest extent possible, meetings, court appearances, negotiations, and other matters were handled on an individual basis.

13. The issues presented by the Debtor's case have been legally and factually complex, and the amounts at stake significant. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully submits that the requested interim compensation represents a fair and reasonable amount that should be allowed in full.

## EXPENSES

14. The actual and necessary costs expended by Shaw Fishman during the Application Period are detailed in the attached appendices. A summary of all expenses in the Application Period is also attached hereto. The requested reimbursement amount for expenses incurred is $741.42. All of the expenses for which reimbursement is sought are expenses that Shaw Fishman customarily recoups from all of its clients.

15. The specific expenses incurred during the Application Period for which reimbursement is requested are as follows:

| Category | Amount |
|---|---|
| Photocopy | $59.40 |
| Copying Services | 62.40 |
| Messenger | 11.32 |
| Pacer Research | 250.24 |
| Parking/taxi | 103.00 |
| Postage | 47.19 |
| Westlaw | 207.87 |
| TOTAL | $741.42 |

16. Legal Research Charges (Westlaw / PACER / ChoicePoint Autotrack): Shaw Fishman utilized Westlaw specifically to research various issues arising in the prepetition litigation, the multiple appeals filed by the Debtor, and for various issues related to the Debtor's intellectual property. Shaw Fishman contracted with Westlaw for a research package that includes pre-paid access to certain bankruptcy resources, plus an hourly rate for all other usage. Westlaw charges reflect the actual out-of-pocket expense incurred by Shaw Fishman or, where the research falls within the pre-paid bankruptcy research package, actual usage billed at a rate of $2.00 per minute. Shaw Fishman submits that the Westlaw package provides the most cost-

efficient means of access computerized legal research, and the lowest cost possible to the client. Shaw Fishman uses PACER to monitor docket activity and obtain documents filed with the Court without the necessity of a trip to the courthouse. Shaw Fishman utilizes ChoicePoint Autotrack for various online research services, including asset searches and addresses searches for service of process. Shaw Fishman makes no profit on Westlaw or other legal research expenses.

17. Photocopy: Photocopy charges include internal and outsourced copies. Generally, Shaw Fishman makes all copies internally. All internal copies are billed at a rate of $0.10 per page. Shaw Fishman maintains a record of copy charges, which requires the operator to input a client's billing code. Where a large copy job may be more efficiently conducted by an outside copying service, Shaw Fishman charges the actual costs for expenses incurred. Outsourced copying services may include binding or color copying.

18. Postage / Messenger Delivery / Overnight Delivery: In order to keep overnight delivery carrier charges to a minimum, service of most pleadings was accomplished by ordinary mail. Where expedited delivery was necessary to ensure timely delivery of sensitive information, such as settlement checks, Shaw Fishman utilized a reputable common carrier, such as Federal Express or UPS, or local messenger service.

19. All expenses incurred by Shaw Fishman were ordinary and necessary expenses. All expenses billed to the Trustee were billed in the same manner as Shaw Fishman bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other districts.

**COMPLIANCE WITH 11 U.S.C. § 504**

20. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing of division of any compensation paid or payable to Shaw Fishman.

**NOTICE**

21. Notice of this Application has been provided to the Debtor, the U.S. Trustee, and all other parties in interest by the Clerk of the Bankruptcy Court.

WHEREFORE, Shaw Fishman requests the entry of an order, substantially in the form attached hereto, that:

a) Allows Shaw Fishman $68,079.00 as compensation for the Final Application Period of October 1, 2007 through and including November 30, 2014;

b) Allows Shaw Fishman $741.42 in expense reimbursement for the Final Application Period;

c) Authorizes the Trustee to pay Shaw Fishman $68,820.42;

d) Deems the Interim Award to be a final award;

e) Waives other and further notice of the hearing with respect to this Final Application; and

f) Provides Shaw Fishman with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,

Shaw Fishman Glantz & Towbin LLC

Dated: November 21, 2014

By: *<u>/s/ Richard M. Fogel</u>*

Brian L. Shaw (6216834)
Richard M. Fogel (3127114)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151

# EXHIBIT A

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 16461
November 30, 2014

Richard Fogel, Trustee for Leo Stoller
c/o Shaw Gussis Fishman Glantz Wolfson
321 N. Clark St., #800
Chicago, IL 60610

ID: 5814-000 - RF

Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

For Services Rendered Through 11/30/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Current Fees | 68,079.00 | |
| Current Disbursements | 741.42 | |
| **Total Current Charges** | | **68,820.42** |

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Richard Fogel, Trustee for Leo Stoller
I.D. 5814-000 - RF
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

November 30, 2014
Invoice 16461

**Fees**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Appeals** | | | | | |
| 01/10/08 | BLS | Review documents re Supreme Court appeal (.2). | 0.20 | 400.00 | 80.00 |
| 01/11/08 | BLS | Review additional appeal document (.1). | 0.10 | 400.00 | 40.00 |
| 01/21/08 | JAA | Email H. Marks concerning settlement parameters with Fioretti & Lower | 0.10 | 260.00 | 26.00 |
| 01/22/08 | JAA | Telephone conference with H. Marks concerning settlement parameters | 0.10 | 260.00 | 26.00 |
| 01/29/08 | BLS | Review UST's motion for summary judgment (.7). | 0.70 | 400.00 | 280.00 |
| 02/19/08 | BLS | Review latest email re Supreme Court (.1); speak to client re same (.1). | 0.20 | 400.00 | 80.00 |
| 04/02/08 | JAA | Review Seventh Circuit Court of Appeals order concerning Google, Inc. appeal | 0.20 | 260.00 | 52.00 |
| 04/25/08 | JAA | Review District Court docket for appeal of Go Daddy order, which was recently docketed (.1); telephone conference with and email N. Finch, Docketing Manager for District Court, concerning investigation of same and confirmation that debtor is on restricted filing list (.4) | 0.50 | 260.00 | 130.00 |
| 05/05/08 | JAA | Review and exchange email with District Court Clerk's office concerning improper docketing of debtor's appeal | 0.10 | 260.00 | 26.00 |
| 11/20/08 | BLS | Speak to client re appeal motions (.2)., | 0.20 | 400.00 | 80.00 |
| 11/21/08 | JAA | Telephone conference with M. Foster, courtroom deputy to Judge Darrah, concerning executive committee order barring filings by Stoller | 0.20 | 260.00 | 52.00 |
| 12/01/08 | JAA | Review and exchange email with L. Johnson concerning new motion for reconsideration before Judge Darrah (.1); check docket and voicemail message to J. Darrah's courtroom deputy concerning hearing on same (.1) | 0.20 | 260.00 | 52.00 |
| 12/02/08 | JAA | Telephone conference with M. Foster, courtroom deputy to Judge Darrah, concerning motion to reconsider appeal | 0.10 | 260.00 | 26.00 |
| 12/09/08 | JAA | Review Debtor facsimile re: hearing on appeal before Judge Darrah 07-5118 and review docket for same | 0.20 | 260.00 | 52.00 |
| 01/06/09 | BLS | Review newly docketed documents (.2). | 0.20 | 440.00 | 88.00 |
| 01/07/09 | PAC | Review and analyze motion to reinstate appeal docketed in the district court | 0.20 | 280.00 | 56.00 |
| 01/13/09 | BLS | Work on various appeals that were resurrected by Hibbler (.4); speak to J. Cyrluk re same (.2). | 0.60 | 440.00 | 264.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/13/09 | JAA | Review docket and notice of hearing on appeals by debtor | 0.10 | 315.00 | 31.50 |
| 01/21/09 | BLS | Review and address all nine appeals that are now before Hibbler (.6). | 0.60 | 440.00 | 264.00 |
| 01/22/09 | BLS | Prepare for call with Google counsel (.2); call for same re appeals (.6); speak to J, Alwin re need for chart (.2). | 1.00 | 440.00 | 440.00 |
| 01/26/09 | JAA | Review bankruptcy and district court dockets and prepare chart of appeals by debtor | 2.50 | 315.00 | 787.50 |
| 01/27/09 | BLS | Review status of nine different appeals (1.0). | 1.00 | 440.00 | 440.00 |
| 01/27/09 | JAA | Prepare chart of all appeals before Judge Hibbler, including review of all related documents | 6.40 | 315.00 | 2,016.00 |
| 01/28/09 | BLS | Assist in preparation for status hearing (.4). | 0.40 | 440.00 | 176.00 |
| 01/28/09 | JAA | Confer with Trustee (.1) and continue review of dockets and sanctions orders (.8); update appeals charts for hearing (.7); review and exchange email with J. Cyrluk concerning Google appeals (.2) | 1.80 | 315.00 | 567.00 |
| 01/29/09 | BLS | Speak to client re appeal issues (.3). | 0.30 | 440.00 | 132.00 |
| 01/29/09 | JAA | Telephone conference with J. Cyrluk and M. Zeller concerning appeals (.2); prepare for (.5) and attend District Court hearing concerning motions to reinstate appeals (2.0) | 2.70 | 315.00 | 850.50 |
| 01/30/09 | BLS | Speak to J. Alwin re appeal response (.4); speak to client re same (.1). | 0.50 | 440.00 | 220.00 |
| 01/30/09 | JAA | Confer with Trustee and B. Shaw concerning strategy for appeals and response brief | 0.50 | 315.00 | 157.50 |
| 02/16/09 | JAA | Research and review case law concerning procedural defects with appeals (2.0); begin drafting omnibus response to motions to reinstate appeals (2.0) | 4.00 | 315.00 | 1,260.00 |
| 02/17/09 | BLS | Work on new appeal issues (.3). | 0.30 | 440.00 | 132.00 |
| 02/17/09 | JAA | Continue drafting omnibus response to motions to reinstate appeals x10 | 8.00 | 315.00 | 2,520.00 |
| 02/18/09 | BLS | Work on response objecting to resurrection of appeals (1.6); speak to R. Fogel re same (.2); speak to J. Alwin re same (.2). | 2.00 | 440.00 | 880.00 |
| 02/18/09 | JAA | Continue drafting omnibus response to motion to reinstate appeals x10 | 6.70 | 315.00 | 2,110.50 |
| 02/18/09 | PAC | Review and comment on draft brief regarding dismissal of appeals on procedural grounds (.4); confer with J. Alwin concerning same (.2) | 0.60 | 280.00 | 168.00 |
| 02/19/09 | BLS | Revise response documents (1.3); speak to J. Alwin re same (.2). | 1.50 | 440.00 | 660.00 |
| 02/19/09 | JAA | Prepare, file, and serve omnibus responses to motions to reinstate District Court appeals x10 | 7.30 | 315.00 | 2,299.50 |
| 02/19/09 | PAC | Confer with J. Alwin concerning draft response to motion to reinstate appeals and transition of work file | 0.50 | 280.00 | 140.00 |
| 02/20/09 | BLS | Address other appeal issues and appearances in all ten appeals (.7); speak to client re same (.2); review other parties objections (.9). | 1.80 | 440.00 | 792.00 |

**Shaw Fishman Glantz & Towbin LLC**

Richard Fogel, Trustee for Leo Stoller | November 30, 2014
I.D. 5814-000 - RF | Invoice 16461
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/09 | JAA | Telephone conference with A. Revis, U.S. District Court docketing clerk, concerning response filed in appeals | 0.10 | 315.00 | 31.50 |
| 03/13/09 | BLS | Follow up on appeal issues (.2). | 0.20 | 440.00 | 88.00 |
| 03/19/09 | BLS | Review series of motions filed by Stoller in appeals (.8). | 0.80 | 440.00 | 352.00 |
| 03/23/09 | BLS | Check docket re filed motions (.2); review emails re extension of time (.3). | 0.50 | 440.00 | 220.00 |
| 03/24/09 | BLS | Review various orders from appeals (.6); speak to client re same (.1). | 0.70 | 440.00 | 308.00 |
| 04/06/09 | BLS | Review numerous motions filed by Stoller in appeals (.8). | 0.80 | 440.00 | 352.00 |
| 04/07/09 | BLS | Review additional appellate filings by Stoller (.4); speak to client re same (.2). | 0.60 | 440.00 | 264.00 |
| 04/10/09 | BLS | Review more documents and orders (.3). | 0.30 | 440.00 | 132.00 |
| 04/10/09 | PAC | Review Stoller's latest motion to stay hearing on reinstatement of appeals (.3); confer with B. Shaw and R. Fogel concerning same (.2) | 0.50 | 280.00 | 140.00 |
| 04/14/09 | BLS | Review various orders re appeal (.2); speak to client re same (.1). | 0.30 | 440.00 | 132.00 |
| 04/17/09 | BLS | Review new motion from Stoller (.3). | 0.30 | 440.00 | 132.00 |
| 04/21/09 | BLS | Review orders on appeals (.2). | 0.20 | 440.00 | 88.00 |
| 04/22/09 | BLS | Review new motions from Stoller (.4). | 0.40 | 440.00 | 176.00 |
| 04/23/09 | BLS | Prepare for court appearance (.6); appear at same (1.0); speak to client re same (.2); email re same (.1). | 1.90 | 440.00 | 836.00 |
| 04/27/09 | BLS | Review newest motions from Stoller (1.1). | 1.10 | 440.00 | 484.00 |
| 04/27/09 | PAC | Review latest order issued by 7th Circuit (.2); multiple conferences with B. Shaw and R. Fogel concerning 7th Circuit order and actions to be taken by Judge Hibbler in district court appeals (.2) | 0.40 | 280.00 | 112.00 |
| 04/28/09 | BLS | Review additional motions (.5). | 0.50 | 440.00 | 220.00 |
| 04/28/09 | PAC | Review and reconcile orders entered by Hibbler in various pending appeals and confirm status of same | 0.30 | 280.00 | 84.00 |
| 04/29/09 | BLS | Review more motions (.5). | 0.50 | 440.00 | 220.00 |
| 04/30/09 | BLS | More motions from Stoller (1.5); speak to client and P. Clisham re same (.3). | 1.80 | 440.00 | 792.00 |
| 05/01/09 | BLS | Review new motions by Stoller (.2). | 0.20 | 440.00 | 88.00 |
| 05/04/09 | BLS | Review documents from L. Johnson re appeals (.2). | 0.20 | 440.00 | 88.00 |
| 05/07/09 | BLS | Address motions for reinstatement filed by Stoller (.7). | 0.70 | 440.00 | 308.00 |
| 05/07/09 | PAC | Review order to show cause issued by 7th circuit against Stoller | 0.20 | 280.00 | 56.00 |
| 05/08/09 | BLS | Review numerous motions filed by Stoller in appeals for reconsideration (1.1); review 7th circuit order (.3). | 1.40 | 440.00 | 616.00 |
| 05/08/09 | MAW | Worked on preparing and ECF filing preliminary omnibus responses for re appeals per G. Gouveia's request. | 2.00 | 180.00 | 360.00 |
| 05/08/09 | PAC | Confer with B. Shaw concerning response to Stoller's latest motion to proceed IFP (.2); drafting and coordinating filing of same (1.5) | 1.70 | 280.00 | 476.00 |
| 05/11/09 | BLS | Review orders entered by Judge Hibber (.5); speak to client re same (.1). | 0.60 | 440.00 | 264.00 |

**Shaw Fishman Glantz & Towbin LLC**

Richard Fogel, Trustee for Leo Stoller
I.D. 5814-000 - RF
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

November 30, 2014
Invoice 16461

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/15/09 | BLS | Start to review new round of filings (.4). | 0.40 | 440.00 | 176.00 |
| 05/15/09 | PAC | Review 7th Cir. order appointing special master | 0.20 | 280.00 | 56.00 |
| 05/18/09 | BLS | Speak to client re new Stoller motions (.2). | 0.20 | 440.00 | 88.00 |
| 05/26/09 | BLS | Review new appeal documents (.7). | 0.70 | 440.00 | 308.00 |
| 05/27/09 | BLS | Review more appeal documents (.6). | 0.60 | 440.00 | 264.00 |
| 05/28/09 | BLS | Review more 7th Circuit appeals (.7). | 0.70 | 440.00 | 308.00 |
| 05/29/09 | BLS | Review more appeal documents from 7th Circuit (.7); speak to client re same (.1). | 0.80 | 440.00 | 352.00 |
| 06/01/09 | BLS | Review additional appellate filings from Stoller (.9). | 0.90 | 440.00 | 396.00 |
| 06/02/09 | BLS | Review motion to stay (.3). | 0.30 | 440.00 | 132.00 |
| 06/04/09 | BLS | Review orders re stay motion (.2). | 0.20 | 440.00 | 88.00 |
| 06/05/09 | BLS | Speak to client re stay motions (.2). | 0.20 | 440.00 | 88.00 |
| 06/09/09 | BLS | Review new appeal documents from court (.3). | 0.30 | 440.00 | 132.00 |
| 06/15/09 | BLS | Speak to R. Fogel re referral of appeal (.2); review file for appeal information for S. Rasnak (.4); prepare email response re same (.2). | 0.80 | 440.00 | 352.00 |
| 06/22/09 | BLS | Speak to S. Wolfe re appeals (.2); review website re status report (.2); review documents re same (.3). | 0.70 | 440.00 | 308.00 |
| 06/30/09 | BLS | Speak to S. Wolfe re status hearing (.2). | 0.20 | 440.00 | 88.00 |
| 07/22/09 | BLS | Speak to client re Monday hearing at inquest (.2). | 0.20 | 440.00 | 88.00 |
| 07/24/09 | PJR | Confer with B. Shaw regarding 7-27 hearing and related preparations therefore. | 0.20 | 440.00 | 88.00 |
| 07/27/09 | PJR | Prepare for and attend hearing before Magistrate Judge Brown. | 1.20 | 440.00 | 528.00 |
| 08/03/09 | BLS | Review documents re inquest (.2). | 0.20 | 440.00 | 88.00 |
| 08/24/09 | BLS | Prepare for inquest hearing (.2); attend same (1.0); email re same (.1). | 1.30 | 440.00 | 572.00 |
| 08/27/09 | BLS | Review Stoller motion to get counsel (.3). | 0.30 | 440.00 | 132.00 |
| 09/01/09 | BLS | Work on inquest materials (.4). | 0.40 | 440.00 | 176.00 |
| 09/02/09 | BLS | Prepare for court appearance re right to counsel (.4); appear at same (.8); speak to client re same (.2); email re same (.1). | 1.50 | 440.00 | 660.00 |
| 09/03/09 | BLS | Emails to and from parties re inquest (.2). | 0.20 | 440.00 | 88.00 |
| 09/08/09 | BLS | Review emails re Stoller activity (.2); speak to client re same (.1). | 0.30 | 440.00 | 132.00 |
| 09/18/09 | BLS | Work on inquest issue (.2). | 0.20 | 440.00 | 88.00 |
| 09/21/09 | BLS | Speak to S. Wolfe re status of inquest (.2); review and respond to emails from L. Johnson (.2); revise submission for inquest (1.1). | 1.50 | 440.00 | 660.00 |
| 09/22/09 | BLS | Speak to client re revisions to submission (.2). | 0.20 | 440.00 | 88.00 |
| 09/23/09 | BLS | Speak to B. Davis re inquest and possible grandy jury (4); review and respond to emails re same (.2). | 0.60 | 440.00 | 264.00 |
| 09/25/09 | BLS | Conference call with court re grand jury possibility (.5). | 0.50 | 440.00 | 220.00 |
| 09/28/09 | BLS | Review and respond to emails re evidentiary statement (.2). | 0.20 | 440.00 | 88.00 |
| 09/29/09 | BLS | Work on evidentiary submission (.8); email re same (.2); speak to R. Fogel re same (.2). | 1.20 | 440.00 | 528.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/09 | BLS | Review and prepare submission for filing (.3). | 0.30 | 440.00 | 132.00 |
| 10/02/09 | BLS | Review emails re inquest statements (.2). | 0.20 | 440.00 | 88.00 |
| 10/05/09 | BLS | Review additional information re Stoller actions (.2). | 0.20 | 440.00 | 88.00 |
| 10/06/09 | BLS | Review documents re new appeal before Hibbler (.2). | 0.20 | 440.00 | 88.00 |
| 10/07/09 | BLS | Review more drivel filed by Stoller in Hibbler appeal and Kendall action (.5). | 0.50 | 440.00 | 220.00 |
| 10/08/09 | BLS | Speak to client re appeal issues (.2). | 0.20 | 440.00 | 88.00 |
| 10/14/09 | BLS | Prepare for status hearing on inquest (.9). | 0.90 | 440.00 | 396.00 |
| 10/15/09 | BLS | Prepare for court appearance re inquest (.2); appear at same (1.0). | 1.20 | 440.00 | 528.00 |
| 10/19/09 | BLS | Review preservation of evidence order (.3). | 0.30 | 440.00 | 132.00 |
| 10/22/09 | BLS | Review Stoller statement on inquest (.3). | 0.30 | 440.00 | 132.00 |
| 10/23/09 | BLS | Review and respond to emails from L. Johnson re Stoller statement (.3). | 0.30 | 440.00 | 132.00 |
| 11/16/09 | BLS | Review order for direction and discovery from special master (.9); email re same (.2). | 1.10 | 440.00 | 484.00 |
| 11/17/09 | BLS | Follow up by email re various issues in light of judges orders (.3). | 0.30 | 440.00 | 132.00 |
| 11/18/09 | BLS | Review documents re new appeal and question about jurisdiction (.4); speak to R. Fogel re no need to respond to same (.2). | 0.60 | 440.00 | 264.00 |
| 11/20/09 | BLS | Review and respond to various emails re Stoller and fifth amendment (.4); speak to client re same (.1); call with court re same (.3). | 0.80 | 440.00 | 352.00 |
| 11/25/09 | BLS | Review documents from new appeal and federal circuit (.5). | 0.50 | 440.00 | 220.00 |
| 12/07/09 | BLS | Review and respond to emails re MACK order (.2). | 0.20 | 440.00 | 88.00 |
| 12/16/09 | BLS | Review Pure Fishing Seventh Circuit document (.3). | 0.30 | 440.00 | 132.00 |
| 01/13/10 | BLS | Review various orders arising from appeals (.2). | 0.20 | 450.00 | 90.00 |
| 01/22/10 | BLS | Review more order arising from Mack order (.2). | 0.20 | 450.00 | 90.00 |
| 01/25/10 | BLS | Review appeal orders (.2). | 0.20 | 450.00 | 90.00 |
| 02/12/10 | BLS | Review numerous emails re disposition of seventh circuit and district court appeals (.6). | 0.60 | 450.00 | 270.00 |
| 02/17/10 | BLS | Review additional orders re dismissed appeals (.2). | 0.20 | 450.00 | 90.00 |
| 06/24/10 | BLS | Review petition for certiorari (.5). | 0.50 | 450.00 | 225.00 |
| 07/27/10 | BLS | Review documents re new petition for certiorari (.3). | 0.30 | 450.00 | 135.00 |
| | | **Appeals Totals** | **101.8** | | **38,183.50** |

**Avoidance Actions**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/07 | JAA | Telephone conference with H. Marks concerning second request for extension of time to answer | 0.20 | 260.00 | 52.00 |
| 12/11/07 | JAA | Review answer and draft amended complaint against Fioretti & Lower | 0.60 | 260.00 | 156.00 |
| 01/09/08 | JAA | Review answer of Fioretti & Lower to amended complaint (.2); email H. Marks concerning same (.1) | 0.30 | 260.00 | 78.00 |

**Shaw Fishman Glantz & Towbin LLC**

Richard Fogel, Trustee for Leo Stoller — November 30, 2014
I.D. 5814-000 - RF — Invoice 16461
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/08 | JAA | Confer with Trustee concerning trial strategy and timeline for complaint against Fioretti & Lower | 0.10 | 260.00 | 26.00 |
| 01/11/08 | RAS | prepare for and attend status hearing on Trustee's claim and Fioretti and Lower | 1.20 | 400.00 | 480.00 |
| 01/11/08 | JAA | Telephone conference with H. Marks concerning trial schedule and settlement parameters with Fioretti & Lower (.3); prepare for (.1) and attend (1.2) hearing on adversary proceeding against Fioretti & Lower | 1.60 | 260.00 | 416.00 |
| 02/15/08 | JAA | Confer with Trustee concerning settlement proposal by defendant and strategy | 0.10 | 260.00 | 26.00 |
| 02/19/08 | JAA | Begin drafting discovery requests to Fioretti & Lower | 1.60 | 260.00 | 416.00 |
| 02/20/08 | RAS | review complaint and answer (.6); review and edit discovery requests (.8) | 1.40 | 400.00 | 560.00 |
| 02/20/08 | JAA | Continue drafting and serve discovery requests upon Fioretti & Lower (1.5); research asserted affirmative defenses (.5) and confer with R. Saldinger concerning litigation strategy (.2) | 2.20 | 260.00 | 572.00 |
| 03/11/08 | JAA | Review discovery requests by Fioretti & Lower | 0.10 | 260.00 | 26.00 |
| 03/12/08 | JAA | Review discovery requests propounded by Fioretti & Lower and pretrial order | 0.20 | 260.00 | 52.00 |
| 03/24/08 | JAA | Email H. Marks concerning outstanding discovery responses and pretrial order | 0.10 | 260.00 | 26.00 |
| 03/27/08 | JAA | Voicemail and email messages to H. Marks concerning outstanding discovery responses (.1); review conversion motion and supporting documents (1.0) | 1.10 | 260.00 | 286.00 |
| 03/28/08 | JAA | Confer with Trustee concerning discovery responses and litigation strategy (.2); telephone conference with M. Tiersky concerning stipulation with debtor in support of avoidance action (.1); telephone conference with H. Marks concerning discovery issues and trial (.2); begin discovery responses (.5); draft proposed affidavit of Leo Stoller (.8); review documents for trial preparation (.5) | 2.30 | 260.00 | 598.00 |
| 03/31/08 | JAA | Prepare, file, and serve motion to extend discovery and re-set trial dates (1.0); prepare draft joint stipulation of facts (.9) and email H. Marks (.1); revise proposed affidavit of Leo Stoller and send to M. Tiersky for review and comment (.5); confer with R. Saldinger concerning litigation strategy (.1); review documents to prepare for pretrial conference and trial (1.2) | 3.80 | 260.00 | 988.00 |
| 04/01/08 | JAA | Telephone conference and email with M. McLemore concerning Central Mfg Co. and possibility of affidavit concerning incorporation (.4); draft affidavit for same (.3); voicemail message for M. Tiersky concerning request for affidavit of Debtor in support of avoidance action (.1); research corporate entities and review related documents for purposes of establishing property of estate (.3) | 1.10 | 260.00 | 286.00 |
| 04/02/08 | RAS | prepare for pretrial conference and review related motions | 1.00 | 400.00 | 400.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/08 | JAA | Email H. Marks concerning Fioretti & Lower discovery responses (.1); begin preparing Trustee's responses to defendant's discovery requests (.9); telephone conference with M. Tiersky concerning possible affidavit of debtor in support of avoidance action (.1); email M. McLemore of Central Mfg Co. concerning affidavit of ownership and incorporation (.3) | 1.40 | 260.00 | 364.00 |
| 04/03/08 | RAS | review Seventh Circuit opinion regarding Stoller intervention (.7); review outstanding discovery requests and prepare for pretrial conference (.9); attend pretrial conference (1.0) | 2.60 | 400.00 | 1,040.00 |
| 04/03/08 | JAA | Telephone conference with H. Marks concerning pretrial statement (.1); attend hearing on pretrial dates and statement (1.0); confer with Trustee and R. Saldinger concerning litigation strategy (.4); review and prepare potential exhibits for trial (3.5) | 5.00 | 260.00 | 1,300.00 |
| 04/04/08 | RAS | review, edit and serve Notice of Deposition | 0.60 | 400.00 | 240.00 |
| 04/04/08 | JAA | Prepare notice of 30(b)(6) deposition and rider to Fioretti & Lower (1.0); review and exchange email with Trustee and R. Saldinger concerning same and trial (.2) | 1.20 | 260.00 | 312.00 |
| 04/08/08 | RAS | review draft discovery responses (1.0); telephone conferences with opposing counsel regarding settlement (.5) | 1.50 | 400.00 | 600.00 |
| 04/08/08 | JAA | Draft Trustee's responses and objections to discovery requests propounded by Fioretti & Lower (3.5); review and exchange email with Trustee and R. Saldinger concerning same and settlement parameters (.5) | 4.00 | 260.00 | 1,040.00 |
| 04/09/08 | RAS | conversations and e-mails with opposing counsel and client regarding settlement | 0.50 | 400.00 | 200.00 |
| 04/09/08 | JAA | Review and exchange email with Trustee and R. Saldinger concerning status and settlement terms (.3); draft settlement agreement with Fioretti & Lower (.5); draft compromise motion and order (1.5) | 2.30 | 260.00 | 598.00 |
| 04/10/08 | RAS | finalize settlement agreement (.3); attend pretrial conference (.9) | 1.20 | 400.00 | 480.00 |
| 04/10/08 | JAA | Review and exchange email with Trustee and R. Saldinger concerning settlement terms (.2); revise settlement agreement and compromise motion with respect to Fioretti & Lower (.3) | 0.50 | 260.00 | 130.00 |
| 04/11/08 | JAA | Revise, file, and serve motion to approve compromise with Fioretti & Lower | 0.50 | 260.00 | 130.00 |
| 04/25/08 | JAA | Attend hearing on motion to approve compromise with Fioretti & Lower (1.0); email H. Marks concerning executed settlement agreement (.1) | 1.10 | 260.00 | 286.00 |
| 07/10/08 | JAA | Prepare and email proposed stipulation of dismissal to H. Marks for signature | 0.20 | 260.00 | 52.00 |
| 07/14/08 | JAA | Review and exchange email with H. Marks concerning stipulation of dismissal | 0.10 | 260.00 | 26.00 |
| 12/04/09 | BLS | Review MACK order from Seventh circuit (.5); email to client re same (.1). | 0.60 | 440.00 | 264.00 |

**Shaw Fishman Glantz & Towbin LLC**

Richard Fogel, Trustee for Leo Stoller — November 30, 2014
I.D. 5814-000 - RF — Invoice 16461
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Avoidance Actions Totals** | **42.30** | | **12,506.00** |

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/07 | JAA | Prepare for and attend hearing on adversary proceedings and case status (1.5); confer with Trustee concerning same (.2); telephone conference with S. Wolfe concerning same (.1) | 1.80 | 260.00 | 468.00 |
| 12/20/07 | PAC | Review motion by W. Morgan to dismiss state court litigation filed by debtor (.3); email exchange with trustee concerning same (.2) | 0.50 | 240.00 | 120.00 |
| 01/22/08 | BLS | Review amended schedules (.2); speak to R. Fogel re cause of action in same (.2). | 0.40 | 400.00 | 160.00 |
| 01/22/08 | JAA | Review amended schedules (.1) and confer with Trustee concerning same (.1) | 0.20 | 260.00 | 52.00 |
| 01/23/08 | BLS | Review Elmwood Park complaint (.5). | 0.50 | 400.00 | 200.00 |
| 01/23/08 | JAA | Telephone conference and exchange email with M. Tiersky concerning schedule amendments | 0.30 | 260.00 | 78.00 |
| 01/24/08 | BLS | Speak to D. Goodman re Elmwood Park cause of action (.2). | 0.20 | 400.00 | 80.00 |
| 01/29/08 | PAC | Review and analyze UST's motion for summary judgment re: objection to discharge | 0.70 | 240.00 | 168.00 |
| 02/04/08 | BLS | Speak to R. Fogel re Elmwood Park (.3); draft letter re same (.6). | 0.90 | 400.00 | 360.00 |
| 02/05/08 | JAA | Confer with Trustee concerning status and strategy of case | 0.10 | 260.00 | 26.00 |
| 02/06/08 | BLS | Review and respond to Elmwood Park email (.2); speak to client re same (.2). | 0.40 | 400.00 | 160.00 |
| 02/11/08 | BLS | Speak to Elmwood Park counsel re letter and potential disposition of case (.4); speak to client re same (.1). | 0.50 | 400.00 | 200.00 |
| 02/12/08 | BLS | Speak to R. Fogel re settlement/abandonment options for Elmwood Park suit (.2). | 0.20 | 400.00 | 80.00 |
| 02/13/08 | BLS | Review and respond to emails re Elmwood Park (.2); speak to J .Alwin re motion to dismiss in same (.1). | 0.30 | 400.00 | 120.00 |
| 02/14/08 | BLS | Review motion to dismiss Elmwood Park complaint (.5). | 0.50 | 400.00 | 200.00 |
| 02/26/08 | BLS | Speak to counsel for Elmwood Park (.2). | 0.20 | 400.00 | 80.00 |
| 02/26/08 | PAC | Prepare for hearing on UST's motion for summary judgment and debtor's objection to certain claims (.6); attend hearing in bankruptcy court concerning same (1.0); confer with L. Stoller following hearing (.2) | 1.80 | 240.00 | 432.00 |
| 02/27/08 | PAC | Email exchange with W. Factor concerning outcome of hearing on 2/26 | 0.20 | 240.00 | 48.00 |
| 02/28/08 | BLS | Follow up with Elmwood Park counsel (.2); speak to client re same (.1). | 0.30 | 400.00 | 120.00 |
| 03/18/08 | BLS | Speak to client (.1) and J. Alwin (.1) re motion to abandon Elmwood Park claim. | 0.20 | 400.00 | 80.00 |
| 03/19/08 | BLS | Revise motion to abandon Elmwood Park claim (.4); speak to J. Alwin (.1) and client (.1) re same. | 0.60 | 400.00 | 240.00 |

**Shaw Fishman Glantz & Towbin LLC**

Richard Fogel, Trustee for Leo Stoller
I.D. 5814-000 - RF
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

November 30, 2014
Invoice 16461

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/19/08 | JAA | Prepare, file, and serve motion to abandon cause of action (1.5); telephone conference with and email M. Lafeber concerning Northern Star Council and appeals of sale order (.2) | 1.70 | 260.00 | 442.00 |
| 03/20/08 | BLS | Speak to client re coverage of abandonment motion (.1). | 0.10 | 400.00 | 40.00 |
| 04/02/08 | BLS | Speak to J. Alwin re motion to abandon cause of action (.3). | 0.30 | 400.00 | 120.00 |
| 04/16/08 | JAA | Confer with Trustee concerning settlement terms with Fioretti & Lower, notice of appeal by Debtors (recent docket entry), and status of case and claims analysis | 0.20 | 260.00 | 52.00 |
| 06/24/08 | JAA | Confer with Trustee concerning L. Weber call concerning alleged fraud by debtor | 0.10 | 260.00 | 26.00 |
| 07/15/08 | JAA | Confer with Trustee concerning third-party communication concerning alleged criminal activity by debtor (.1); confer with P. Clisham concerning status and claims report for hearing (.1) | 0.20 | 260.00 | 52.00 |
| 07/18/08 | JAA | Review and exchange email with M. Zeller concerning Google claim | 0.10 | 260.00 | 26.00 |
| 08/01/08 | JAA | Telephone conference with L. Weber concerning alleged criminal activity of debtor, including identity theft of her husband | 0.20 | 260.00 | 52.00 |
| 10/15/08 | BLS | Review motion from ex wife re abandonment (.3); speak to client re same (.1). | 0.40 | 400.00 | 160.00 |
| 10/20/08 | BXT | Federal Ctr: Delivered an Order to be enter by judge Schumetterer, and pick-up one previously dropped in the above titled case. | 0.20 | 0.00 | |
| 11/07/08 | JAA | Review debtor's motion for reconsideration and docket and confer with Trustee concerning same | 0.20 | 260.00 | 52.00 |
| 11/10/08 | JAA | Prepare for (.2) and attend hearing on debtor's motion for reconsideration of claim objections (1.2) | 1.40 | 260.00 | 364.00 |
| 02/23/09 | BLS | Respond to emails re objection status hearing (.2). | 0.20 | 440.00 | 88.00 |
| 02/24/09 | BLS | Speak to R. Fogel re objection status hearing (.2). | 0.20 | 440.00 | 88.00 |
| 02/26/09 | BLS | Prepare for court appearance re Leo's claims objections (.3); review emails re Leo's incarceration (.2); appear at court (1.7); emails to and from client (.3) and W. Factor (.1) re same. | 2.60 | 440.00 | 1,144.00 |
| 03/20/09 | PAC | Review motion to extend response time by L. Stoller (.2); confer with trustee and B. Shaw concerning same (.1) | 0.30 | 280.00 | 84.00 |
| 06/09/09 | BLS | Review certain emails re Stoller, jail and other issues (.1); speak to client re same (.2); speak to UST re same (.2); follow up emails re same (.2). | 0.70 | 440.00 | 308.00 |
| 06/19/09 | BLS | Follow up on jail and other UST issues (.3). | 0.30 | 440.00 | 132.00 |
| 06/23/09 | BLS | Review new documents re jail time (.2). | 0.20 | 440.00 | 88.00 |
| 07/02/09 | BLS | Review emails re Stoller incarceration (.2). | 0.20 | 440.00 | 88.00 |
| 07/06/09 | BLS | Follow up on incarceration issue and inquest (.1). | 0.10 | 440.00 | 44.00 |
| 07/08/09 | BLS | Prepare for court appearance re inquest (.2); appear at same (.8); review and respond to emails re same and update on incarceration stauts (.3). | 1.30 | 440.00 | 572.00 |
| 07/21/09 | BLS | Review new documents re incarceration (.2). | 0.20 | 440.00 | 88.00 |

Shaw Fishman Glantz & Towbin LLC

Richard Fogel, Trustee for Leo Stoller
I.D. 5814-000 - RF
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

November 30, 2014
Invoice 16461

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/12 | BLS | Work on methodology to close case (.4). | 0.40 | 475.00 | 190.00 |
| 11/06/12 | MLR | Analyze issues re: trustee's protections from creditors after distributions and case closing. | 0.20 | 415.00 | 83.00 |
| 11/06/12 | BLS | Work on Bar Order concept (.5). | 0.40 | 475.00 | 190.00 |
| 11/07/12 | MLR | Research and review cases re: Barton doctrine and trustee's protections from creditors after distributions and case closing. | 0.60 | 415.00 | 249.00 |
| 11/12/12 | MLR | Research and review cases re: intersection of Barton doctrine and injunctive relief. | 0.40 | 415.00 | 166.00 |
| 11/12/12 | BLS | Speak to M. Radtke re concept of bar order (.2). | 0.20 | 475.00 | 95.00 |
| 11/13/12 | MLR | Discussion with B. Shaw re: potential injunctive relief. | 0.10 | 415.00 | 41.50 |
| 11/14/12 | BLS | Speak to client re bar order issue (.2). | 0.20 | 475.00 | 95.00 |
| | | **Case Administration Totals** | **24.70** | | **8,691.50** |

**Creditors and Claims**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/08 | JAA | Confer with Trustee concerning claims reconciliation (.2); telephone conference and exchange email with B. LaCorte concerning request to withdraw GoDaddy claim (.4); review and exchange email with L. Johnson concerning Pure Fishing Inc administrative expense claim (.2); telephone conference with B. Shapiro concerning N. Reich claims (.2); voicemail messages for claimants' counsel concerning requests to withdraw certain claims (.2); review and reconcile all claims, claims register, and debtor's objection to claims (2.1) | 3.30 | 260.00 | 858.00 |
| 05/07/08 | JAA | Review and exchange email with Judge Mermelstein concerning GoDaddy opposition (.1); confer with Trustee concerning Nancy Reich claims (.1) | 0.20 | 260.00 | 52.00 |
| 05/12/08 | JAA | Telephone conference with Nancy Reich concerning her claims (.2) and voicemail message for D. Robin concerning same; telephone conference with B. Harrison concerning Lancope claim (.2) | 0.40 | 260.00 | 104.00 |
| 05/13/08 | JAA | Prepare for (.2) and attend telephonic hearing with Judge Mermelstein, TTAB, and B. LaCorte concerning status of GoDaddy trademark opposition (.4); confer with Trustee concerning same and Google claim (.2) | 0.80 | 260.00 | 208.00 |
| 05/14/08 | JAA | Review and exchange email with M. Zeller concerning Google hearing and claim | 0.10 | 260.00 | 26.00 |
| 05/27/08 | JAA | Voicemail messages for B. Harrison concerning Lancope claim (.1) and D. Robin concerning claim of Nancy Reich (.1); email update to Trustee concerning claims (.1) | 0.30 | 260.00 | 78.00 |
| 05/28/08 | JAA | Review and exchange email with W. Factor concerning Pure Fishing claim (.1); review and exchange email with M. Zeller concerning Google claim (.1); review and exchange email with Trustee concerning claims and objections (.1) | 0.30 | 260.00 | 78.00 |

**Shaw Fishman Glantz & Towbin LLC**

Richard Fogel, Trustee for Leo Stoller
I.D. 5814-000 - RF
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

November 30, 2014
Invoice 16461

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/10/08 | JAA | Telephone conference with D. Robin concerning Nancy Reich claims (.5); review and exchange email with B. LaCorte concerning GoDaddy claim withdrawal (.1); review and exchange email with M. Zeller concerning Google claim (.1); review and exchange email with W. Factor concerning Pure Fishing Inc administrative claim (.1); review and exchange email with B. Harrison concerning Lancope claim withdrawal (.2) | 1.00 | 260.00 | 260.00 |
| 06/11/08 | JAA | Telephone conference with B. Factor concerning Pure Fishing administrative claim (.2); confer with Trustee concerning remaining claims (.2); file and serve notice of withdrawal of GoDaddy claim (.3) | 0.70 | 260.00 | 182.00 |
| 06/12/08 | JAA | Telephone conferences with W. Morgan concerning Nancy Reich claims (.5); prepare and email notice of claim withdrawal form to W. Morgan (.2); voicemail message to D. Robin concerning same (.1); review In re Orsono concerning marital claims (.3) | 1.00 | 260.00 | 260.00 |
| 06/18/08 | JAA | File and serve notice of withdrawal of Nancy Reich claim 15 (.2); review and exchange email with W. Morgan concerning same (.1) | 0.30 | 260.00 | 78.00 |
| 06/20/08 | JAA | Confer with Trustee concerning claims status (.2); review and exchange email with W. Factor concerning Pure Fishing administrative claim (.1); email M. Zeller concerning Google claim (.1) | 0.40 | 260.00 | 104.00 |
| 06/23/08 | JAA | Email B. Harrison concerning Lancope claim (.1); email W. Morgan concerning Nancy Reich claims (.1) | 0.20 | 260.00 | 52.00 |
| 06/26/08 | JAA | Review and exchange email with W. Factor and L. Johnson concerning Pure Fishing administrative claim (.3); prepare stipulation of withdrawal of same and certificate of service (.5); file and serve notice of withdrawal of Lancope claim (.2) | 1.00 | 260.00 | 260.00 |
| 07/07/08 | JAA | Telephone conference with W. Factor concerning Pure Fishing administrative claim (.1); voicemail message for M. Zeller concerning Google claim (.1) and review response in Google District Court case (.2); confer with Trustee concerning remaining claims (.1) | 0.50 | 260.00 | 130.00 |
| 07/10/08 | JAA | Prepare, file, and serve notice and claims status report (2.5); final review of claims register and docket (1.0) | 3.50 | 260.00 | 910.00 |
| 07/15/08 | PAC | Confer with J. Alwin concerning upcoming hearing on claims objections | 0.20 | 240.00 | 48.00 |
| 07/17/08 | PAC | Prepare for and attend hearing in bankruptcy court concerning status of trustee's claims objections and Debtor's continued objection to same | 1.80 | 240.00 | 432.00 |
| 08/18/08 | JAA | Prepare, file, and serve objection to Nancy Reich claims x2 (2.5); prepare, file, and serve objection to Google Inc claim (1.5) | 4.00 | 260.00 | 1,040.00 |
| 09/15/08 | JAA | Review and exchange email with with. Morgan concerning Nancy Reich claims | 0.20 | 260.00 | 52.00 |
| 09/16/08 | JAA | Review and exchange email with W. Morgan concerning Nancy Reich claims | 0.10 | 260.00 | 26.00 |

**Shaw Fishman Glantz & Towbin LLC**

Richard Fogel, Trustee for Leo Stoller — November 30, 2014
I.D. 5814-000 - RF — Invoice 16461
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/08 | JAA | Attend hearing on claim objections (.8) and confer with Nancy Reich concerning her claims (.3) | 1.10 | 260.00 | 286.00 |
| 10/13/08 | JAA | Review and exchange email with J. Cyrluk concerning Google claim | 0.10 | 260.00 | 26.00 |
| 10/20/08 | JAA | Prepare for (.3) and attend hearing on claim objections (1.2); prepare orders concerning claim withdrawals and objections (.3) | 1.80 | 260.00 | 468.00 |
| 10/21/08 | JAA | Email order withdrawing Nancy Reich claims to D. Robin | 0.10 | 260.00 | 26.00 |
| 02/25/09 | BLS | Prepare for claims objection hearing (.4). | 0.40 | 440.00 | 176.00 |
| 03/04/09 | BLS | Follow up on Leo's miscreant claim objections (.2). | 0.20 | 440.00 | 88.00 |
| 04/08/09 | BLS | Follow up on telephonic appearance for objection status hearing (.2). | 0.20 | 440.00 | 88.00 |
| 04/09/09 | BLS | Review and respond to emails re claim objection issue (.3). | 0.30 | 440.00 | 132.00 |
| 04/10/09 | BLS | Speak to R. Fogel re claim hearing (.2); prepare for same (.3); appear at same (.5). | 1.00 | 440.00 | 440.00 |
| 04/13/09 | BLS | Speak to R. Fogel re objection status (.2). | 0.20 | 440.00 | 88.00 |
| 04/24/09 | BLS | Prepare for court appearance re objection (.2); appear at same (1.5); speak to client re same (.1). | 1.80 | 440.00 | 792.00 |
| | | **Creditors and Claims Totals** | **27.50** | | **7,848.00** |

**Fee Applications**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/07 | BLS | Speak to client re attendance at fee application (.1). | 0.10 | 400.00 | 40.00 |
| 11/21/14 | RF | Prepare final fee application for Shaw Fishman | 1.80 | 450.00 | 810.00 |
| | | **Fee Applications Totals** | **1.90** | | **850.00** |
| | | **Total Fees** | **198.20** | | **68,079.00** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 11/13/07 | Parking/Taxi; Taxi from Bankruptcy Court to office after hearing in Stoller. (PAC) | 6.00 |
| 12/11/07 | Parking/Taxi; Taxi roundtrip to attend hearing on Fioretti Avoidance Action (JAA) | 13.00 |
| 12/14/07 | Photocopy; Photocopying - First Amended Complaints (JAA) | 8.40 |
| 12/31/07 | Pacer Research; Pacer Online Docket Charges - 10/1/07 - 12/31/07 | 6.96 |
| 01/11/08 | Parking/Taxi; Taxi from Federal Court - Attend status hearing. (RAS) | 6.00 |
| 01/11/08 | Parking/Taxi; Taxi to court to attend hearing on Fioretti Avoidance Action (JAA) | 6.00 |
| 02/05/08 | Parking/Taxi; Taxi roundtrip to and from court to attend Stoller Hearing (PAC) | 12.00 |
| 02/29/08 | Postage; Postage for 2/1/08 - 2/29/08 | 2.45 |
| 03/19/08 | Photocopy; Photocopying - Notice of motion and motion for entry of order | 20.90 |

| Date | Description | Amount |
|---|---|---|
| | with abandonment (JAA) | |
| 03/31/08 | Pacer Research; Pacer Online Docket Charges 1/1/08 - 3/31/08 | 37.44 |
| 03/31/08 | Postage; Postage - 3/1/08 - 3/31/08 | 19.38 |
| 04/03/08 | Parking/Taxi; Taxi to Federal Court to attend status conference. (RAS) | 5.00 |
| 04/10/08 | Parking/Taxi; Taxi from office to Bankruptcy Court (RMF2) | 5.00 |
| 04/10/08 | Parking/Taxi; Taxi to and from Federal Court to attend status hearing. (RAS) | 12.00 |
| 04/11/08 | Photocopy; Photocopying - Motion to Approve Compromise (FIORETTI) (RMF2) | 22.10 |
| 04/17/08 | Parking/Taxi; Taxi to court to attend Status Hearing on Adversary Proceeding. (JAA) | 6.00 |
| 04/30/08 | Postage; Postage - 4/1/08 - 4/30/08 | 17.10 |
| 06/30/08 | Pacer Research; Pacer - 4/1/08 - 6/30/08 | 31.92 |
| 07/10/08 | Photocopy; Photocopying - Notice of Hearing and Claims status report. (JAA) | 8.00 |
| 07/31/08 | Postage; Postage - 7/1/08 - 7/31/08 | 8.26 |
| 09/18/08 | Parking/Taxi; Taxi to Bankruptcy Court to attend. (RMF2) | 8.00 |
| 10/03/08 | Pacer Research; Pacer Online Docket Charges - 7/1/08 - 9/30/08 | 8.88 |
| 10/03/08 | Pacer Research; Pacer Online Docket Charges - 7/1/08 - 9/30/08 | 8.88 |
| 10/20/08 | Parking/Taxi; Taxi to and from court to attend hearing on debtor claim objections (JAA) | 12.00 |
| 12/31/08 | Pacer Research; Pacer chargers 10/1/08 - 12/31/08 | 11.84 |
| 02/16/09 | Westlaw; Legal Research - Appeal Defects (JAA) | 60.13 |
| 02/17/09 | Westlaw; Legal Research - Dismiss Appeals (JAA) | 41.78 |
| 02/18/09 | Westlaw; Legal Research - Dismiss Appeals (JAA) | 18.25 |
| 02/19/09 | Westlaw; Legal Research - Dismiss Appeals (JAA) | 61.93 |
| 04/30/09 | Pacer Research; Pacer Online Docket Charges 1/1/09 - 4/30/09 | 139.36 |
| 06/30/09 | Pacer Research; Pacer Online Docket Charges - 4/01/09 - 6/30/09 | 4.96 |
| 07/08/09 | Parking/Taxi; Taxi for court appearance (BLS) | 12.00 |
| 07/11/09 | Westlaw; Legal Research - (BLS) | 7.06 |
| 10/01/09 | Messenger; Messenger to U.S. District Court, ND IL (BLS) | 5.66 |
| 10/07/09 | Messenger; Messenger to US District Court (BLS) | 5.66 |
| 01/25/11 | Copying Services; Black and white litigation copies (RF); Ikon Office Solutions, Inc. | 62.40 |
| 11/12/12 | Westlaw; Barton Trustee Protection (MLR); West Group | 18.72 |
| | **Total Disbursements** | **741.42** |
| | **Total Fees and Disbursements** | **68,820.42** |
| | **Total Current Charges** | **68,820.42** |

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Richard Fogel, Trustee for Leo Stoller — November 30, 2014
I.D. 5814-000 - RF — Invoice 16461
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

**Fee Recap**

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Brian L. Shaw | Member | 7.50 | 400.00 | 3,000.00 |
| Brian L. Shaw | Member | 59.10 | 440.00 | 26,004.00 |
| Brian L. Shaw | Member | 2.20 | 450.00 | 990.00 |
| Brian L. Shaw | Member | 1.20 | 475.00 | 570.00 |
| Mark L. Radtke | Member | 1.30 | 415.00 | 539.50 |
| Peter J. Roberts | Member | 1.40 | 440.00 | 616.00 |
| Richard A. Saldinger | Member | 10.00 | 400.00 | 4,000.00 |
| Janice A. Alwin | Associate | 61.30 | 260.00 | 15,938.00 |
| Janice A. Alwin | Associate | 40.10 | 315.00 | 12,631.50 |
| Patrick A. Clisham | Associate | 5.20 | 240.00 | 1,248.00 |
| Patrick A. Clisham | Associate | 4.90 | 280.00 | 1,372.00 |
| Melissa A. Westbrook | Paralegal | 2.00 | 180.00 | 360.00 |
| Bernard Thomas | Other Staff | 0.20 | 0.00 | 0.00 |
| Richard M. Fogel | Of-Counsel | 1.80 | 450.00 | 810.00 |
| | **Totals** | **198.20** | | **68,079.00** |

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Richard Fogel, Trustee for Leo Stoller
I.D. 5814-000 - RF
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

November 30, 2014
Invoice 16461

**Fee Recap by Task Code Description**

| Task Code | | Hours | Amount |
|---|---|---|---|
| Appeals | | 101.80 | 38,183.50 |
| Avoidance Actions | | 42.30 | 12,506.00 |
| Case Administration | | 24.70 | 8,691.50 |
| Creditors and Claims | | 27.50 | 7,848.00 |
| Fee Applications | | 1.90 | 850.00 |
| | **Total Fees** | **198.20** | **68,079.00** |

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Richard Fogel, Trustee for Leo Stoller — November 30, 2014
I.D. 5814-000 - RF — Invoice 16461
Re: Represent Chapter 7 Trustee (RMF 5814 FOGEL/TRUSTEE/LEO STOLLER)

**Disbursement Recap**

| | **Amount** |
|---|---|
| Photocopy | 59.40 |
| Copying Services | 62.40 |
| Messenger | 11.32 |
| Pacer Research | 250.24 |
| Parking/Taxi | 103.00 |
| Postage | 47.19 |
| Westlaw | 207.87 |
| **Total Disbursements** | **741.42** |