UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-64075 |
| ) | |
| STOLLER, LEO ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on January 27, 2015 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  January 5, 2015                By:  /s/ Richard M. Fogel
                                                      Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: STOLLER, LEO | § Case No. 05-64075 |
|---|---|
|  | § |
|  | § |
|  | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 395,928.84 |
| *and approved disbursements of* | $ | 260,868.43 |
| *leaving a balance on hand of* [1] | $ | 135,060.41 |

**Balance on hand:**     $     135,060.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     135,060.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 22,981.44 | 0.00 | 22,981.44 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 153,215.00 | 85,136.00 | 68,079.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ | 3,076.04 | 2,334.62 | 741.42 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 2,516.00 | 0.00 | 2,516.00 |

Total to be paid for chapter 7 administration expenses:     $     94,317.86
Remaining balance:     $     40,742.55

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 40,742.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $317.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Illinois Department of Revenue | 317.91 | 0.00 | 317.91 |

Total to be paid for priority claims: $ 317.91
Remaining balance: $ 40,424.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,034,651.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC | 400.00 | 0.00 | 15.63 |
| 2 | Counsel Press | 11,439.57 | 0.00 | 446.95 |
| 3 | Benjamin, Berneman and Brom, LLC | 20,826.40 | 0.00 | 813.70 |
| 4 | Querrey & Harrow, Ltd. | 25,382.40 | 0.00 | 991.71 |
| 5 | Asset Acceptance LLC | 1,296.04 | 0.00 | 50.64 |
| 9 | Lance Construction Co., Inc. | 3,275.00 | 0.00 | 127.96 |
| 10 | B-Real, LLC/Chase Bank USA, N.A. | 215.48 | 0.00 | 8.42 |
| 12 | Pure Fishing, Inc. | 969,751.81 | 0.00 | 37,888.95 |
| 19 | C. William Michaels | 2,065.00 | 0.00 | 80.68 |

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 40,424.64 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 759.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | RJM Acquisitions LLC | 759.48 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 05-64075-JBS
Leo Stoller                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales           Page 1 of 2             Date Rcvd: Jan 05, 2015
                              Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2015.
```
db          +Leo Stoller,    7115 W North Ave #272,    Oak Park, IL 60302-1002
10601427    +Benjamin, Berneman and Brom, LLC,    175 W. Jackson, Ste. 1600,    Chicago, IL 60604-2827
10543183     Brett Brothers Inc.,    9515 E. Montgomery,    Spokane, WA 99206
11082709    +C. William Michaels,    1579 Dellsway Road,    Baltimore, MD 21286-5902
10543184    +Counsel Press,    C/O Teller, Levit, et al,    11 E. Adams, 8th Floor,    Chicago, IL 60603-6301
11076084    +GoDaddy Software, Inc,    Gallagher & Kennedy, P.A.,    Attn: Joseph E Cotterman,
              2575 East Camelback Road,,    Phoenix, AZ 85016-9279
11050675    +Google Inc.,    c/o Michael Zeller,    Quinn Emanuel et al,    865 South Figueroa St, 10th Fl,
              Los Angeles, CA 90017-5003
10543185    +Hi-Tec Sports USA,    c/o Bremer & Whyte,    444 W. C. St., Ste. 140,    San Diego, CA 92101-8518
10647980    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
              CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section,
              100 W Randolph St., Level 7-400,    Chicago IL 60601)
11069139     Internal Revenue Service,    ACS Support-Stop 5050,    Kansas City,MO 64121-9236
10543186    +Julia Bishop,    C/O Teller, Levit, et al,    11 E. Adams, 8th Floor,    Chicago, IL 60603-6301
10605699    +Lance Construction Co., Inc.,    Lance Johnson,    323 Hillcrest Drive,
              Algonquin, IL 60102-2225
11073861     Lancope, Inc.,    Bryan G Harrison, ESQ,    1600 Atlanta Financial Center,
              3343 Peachtree Road NE,    Atlanta, GA 30326-1044
10543187    +NEWDEA, Inc.,    c/o Holme, Roberts & Owen,    90 S. Cascade Ave., Ste. 1300,
              Colorado Springs, CO 80903-1679
10561302    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, Va 23541)
10543188    +Pure Fishing,    c/o Banner & Witcoff,    10 S. Wacker Dr., Ste. 3000,    Chicago, IL 60606-7423
11073980    +Pure Fishing, Inc.,    c/o Lance Johnson,    Roylance, Abrams, Berdo & Goodman,
              1300 19th St., NW Suite 600,    Washington, D.C 20036-1649
10669986    +Pure Fishing, Inc.,    c/o Lance Johnson,    Roylance, Abrams, Berdo & Goodman, LLP,
              1300 19th Street, N.W. Suite 600,    Washington, D.C 20036-1649
10601452    +Querrey & Harrow, Ltd.,    175 W. Jackson, Ste. 1600,    Chicago, IL 60604-2686
11071324     Wendy Morgan as Attorney,    for Nancy Reich,    Law Offices of Wendy R. Morgan,
              1845 East Rand Rd,    Arlington Heights, Il.  60004-4356
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10610239    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 06 2015 01:25:41     ASSET ACCEPTANCE LLC,
              PROVIDIAN,    PO BOX 2036,    WARREN MI 48090-2036
16692941    +E-mail/Text: bnc@atlasacq.com Jan 06 2015 01:24:49     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
10688087    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2015 01:30:22
              B-Real, LLC/Chase Bank USA, N.A.,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
              Seattle, WA 98121-2317
10659981     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2015 01:30:03
              LVNV Funding LLC its successors and assigns,    as assignee of Citibank NA,
              c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
17235489    +E-mail/Text: rjm@ebn.phinsolutions.com Jan 06 2015 01:25:26     Rjm Acquisitions Llc,
              575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-4437
                                                                                             TOTAL: 5
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales            Page 2 of 2            Date Rcvd: Jan 05, 2015
                              Form ID: pdf006            Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2015 at the address(es) listed below:

```
          August A Pilati    on behalf of Defendant    Midwest Bank & Trust Company, as Trustee under its
           Land Trust No. 03-1-8199 apilati@aapltdlaw.com, pmitchell@aapltdlaw.com;kfedinets@aapltdlaw.com
          Avrum H Dannen    on behalf of Defendant    Fioretti & Lower Law Offices, Ltd. adannen@bnf-law.com
          Beverly A Berneman    on behalf of Interested Party    Querrey & Harrow, Ltd.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
           istie.com
          Brian E Alexander    on behalf of Interested Party Julie  Bishop brian@alexalexlaw.com
          Brian L Shaw    on behalf of Trustee Richard M. Fogel bshaw@shawfishman.com,
           jbunton@shawfishman.com
          Daniel K Robin    on behalf of Creditor Nancy  Reich danatlaw@aol.com
          Faiq Mihlar    on behalf of Creditor    LVNV Funding LLC bankruptcy@hsbattys.com,
           bankruptcy@hsbattys.com
          Howard Marks    on behalf of Defendant    Fioretti & Lower Law Offices, Ltd. hmarks@bnf-law.com
          Janice A Alwin    on behalf of Counter-Defendant Trustee Richard M Fogel
           janice@oakpointpartners.com, jake@oakpointpartners.com;david@oakpointpartners.com
          Janice A Alwin    on behalf of Plaintiff Trustee Richard M Fogel janice@oakpointpartners.com,
           jake@oakpointpartners.com;david@oakpointpartners.com
          Jonathan M. Cyrluk    on behalf of Interested Party    Google Inc. cyrluk@carpenterlipps.com,
           haas@carpenterlipps.com
          Martin Tiersky    on behalf of Debtor Leo  Stoller tierlaw@gmail.com
          Patrick A Clisham    on behalf of Trustee Richard M. Fogel patrickclisham@hotmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard A. Saldinger    on behalf of Plaintiff Trustee Richard M Fogel rsaldinger@shawfishman.com,
           msalazar@shawfishman.com
          Richard A. Saldinger    on behalf of Trustee Richard M. Fogel rsaldinger@shawfishman.com,
           msalazar@shawfishman.com
          Richard M Fogel    on behalf of Creditor    Go Daddy Software, Inc. rfogel@shawgussis.com,
           il72@ecfcbis.com
          Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
          Richard M. Fogel    on behalf of Attorney    Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
           rfogel@shawfishman.com, il72@ecfcbis.com
          Sara E Lorber    on behalf of Creditor    Pure Fishing, Inc. slorber@wfactorlaw.com,
           gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;slorber@ecf.inforuptcy.com;nbouchard@wfacto
           rlaw.com
          Sara E Lorber    on behalf of Creditor    Fishing Spirit, Inc. slorber@wfactorlaw.com,
           gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;slorber@ecf.inforuptcy.com;nbouchard@wfacto
           rlaw.com
          Sara E Lorber    on behalf of Creditor    Fish USA, Inc. slorber@wfactorlaw.com,
           gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;slorber@ecf.inforuptcy.com;nbouchard@wfacto
           rlaw.com
          Stephen G Wolfe    on behalf of Plaintiff William T Neary steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
          Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
          Sven T Nylen    on behalf of Creditor    Lancope, Inc. sven.nylen@klgates.com
          Wendy R. Morgan    on behalf of Creditor Nancy  Reich bk@wendymorgan.com, wrm@lawyer.com
          William J Factor    on behalf of Interested Party    Society for the Prevention of Trademark Abuse,
           LLC wfactor@seyfarth.com,
           wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
           .com;nbouchard@wfactorlaw.com
          William J Factor    on behalf of Creditor    Pure Fishing, Inc. wfactor@seyfarth.com,
           wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
           .com;nbouchard@wfactorlaw.com
                                                                                             TOTAL: 28
```